Michael D. Braun (167416)
Marc L. Godino (182689)
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756

**Proposed Liaison Counsel for**
**Movants James Levy and David M. Simon**

Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Suite 1700
Hartford, Connecticut  06103
Tel:    (860) 493-6292
Fax:    (860) 493-6290

**Proposed Lead Counsel for**
**Movants James Levy and David M. Simon**

## UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN SERAFIMOV, Individually, And On Behalf Of A Class Of Persons Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>NETOPIA, INC., ALAN B. LEFKOF and WILLIAM D. BAKER,<br><br>                              Defendants. | **CASE NO.: C 04-3364 RMW(EAI)**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER APPOINTING JAMES LEVY AND DAVID M. SIMON AS LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL AND FOR CONSOLIDATION OF ALL RELATED ACTIONS**<br><br>**DATE:        December 3, 2004**<br>**TIME:        9:00 a.m.**<br>**CTRM:        6** |

WHEREAS, by their October 18, 2004 Motion, proposed Lead Plaintiffs James Levy and David M. Simon moved for their appointment as Lead Plaintiffs and for approval of their selection of Schatz & Nobel, P.C. as Lead Counsel and the Braun Law Group, P.C. as Liaison Counsel and for consolidation of all related actions; and

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), the Court finds that James Levy and David M. Simon are the most adequate plaintiffs.

NOW THEREFORE, based upon the Declaration of Michael D. Braun, the exhibits thereto, and the memorandum of points and authorities in support of James Levy and David M. Simon's Motion;

IT IS HEREBY ORDERED that:

1.    The following related actions are consolidated with the instant action for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| CASE NAME | CASE NO. | JUDGE | DATE FILED |
|---|---|---|---|
| Serafimov v. Netopia, Inc., et al. | 04-CV-3364 | Whyte | 08/17/04 |
| Bassin v. Netopia, Inc., et al. | 04-CV-3504 | Whyte | 08/23/04 |
| Gladden v. Netopia, Inc., et al. | 04-CV-3509 | Breyer | 08/23/04 |
| Choi v. Netopia, Inc., et al. | 04-CV-3741 | Whyte | 09/3/04 |

///

///

///

1

2.      James Levy and David M. Simon are appointed Lead Plaintiffs; and

3.      Lead Plaintiffs' selection of Schatz & Nobel, P.C. as Lead Counsel and the Braun Law Group as Liaison Counsel is approved.

IT IS SO ORDERED:

DATED: _____, 2004

_____
HON. RONALD M. WHYTE
U. S. DISTRICT COURT JUDGE

Submitted by:

Michael D. Braun
Marc L. Godino
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, California 90025
Tel:    (310) 442-7755
Fax:    (310 442-7756

**Proposed Liaison Counsel for**
**Movants James Levy and David M. Simon**

Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Suite 1700
Hartford, Connecticut  06103
Tel:    (860) 493-6292
Fax:    (860) 493-6290

**Proposed Lead Counsel for**
**Movants James Levy and David M. Simon**