1  Michael D. Braun (167416)
   Marc L. Godino (182689)
2  BRAUN LAW GROUP, P.C.
   12400 Wilshire Blvd., Suite 920
3  Los Angeles, CA 90025
   Tel:   (310) 442-7755
4  Fax:   (310) 442-7756

5  **Liaison Counsel for Lead Plaintiffs**

6  Andrew M. Schatz *(Admitted Pro Hac Vice)*
   Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
7  Justin S. Kudler *(Admitted Pro Hac Vice)*
   SCHATZ & NOBEL, P.C.
8  One Corporate Center
   20 Church Street, Suite 1700
9  Hartford, Connecticut 06103
   Tel:   (860) 493-6292
10 Fax:   (860) 493-6290

11 **Lead Counsel for Lead Plaintiffs**

12 Reed R. Kathrein (139304)             William S. Lerach (68581)
   James W. Oliver (215362)              LERACH COUGHLIN STOIA GELLER
13 LERACH COUGHLIN STOIA GELLER             RUDMAN & ROBBINS LLP
      RUDMAN & ROBBINS LLP               401 B Street, Suite 1700
14 100 Pine Street, Suite 2600           San Diego, CA 92101
   San Francisco, CA 94111               Tel:   (619) 231-1058
15 Tel:   (415) 288-4545                 Fax:   (619) 231-7423
   Fax:   (415) 288-4534
16                                       **Additional Counsel for Plaintiffs**
               -and-
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                       SAN JOSE DIVISION

                                          *E-FILED - 6/14/05*
21

22 IN RE NETOPIA, INC. SECURITIES  )   CASE NO.: C 04-3364 RMW
   LITIGATION                      )   And Related Cases
23                                 )
                                   )   <u>CLASS ACTION</u>
24                                 )
   This Document Relates to:       )   STIPULATION AND [PROPOSED]
25                                 )   ORDER ESTABLISHING ADDITIONAL
              All Actions          )   TIME FOR LEAD PLAINTIFFS TO FILE
26                                 )   A CONSOLIDATED COMPLAINT
                                   )
27

28

1    WHEREAS, counsel for Lead Plaintiffs and counsel for Defendants participated in a mediation of this case before the Hon. Layn R. Phillips of Irell & Manella, LLP, on May 26, 2005, in an attempt to settle these consolidated actions.

WHEREAS, Judge Phillips and counsel for the parties are continuing to conduct negotiations regarding a potential settlement.

WHEREAS, in order to permit counsel for the parties to continue to focus their efforts on a possible settlement of this litigation, the parties have agreed, subject to Court approval, that the time for Lead Plaintiffs to file a Consolidated Class Action Complaint in these matters should be extended from June 15, 2005 to June 29, 2005.

WHEREAS, this stipulation is being made for the purpose of avoiding potentially unnecessary motion practice, seeks to preserve judicial resources and the parties' resources, and, at this early stage of these proceedings, will not have a material effect on the current schedule for these actions.

The parties THEREFORE STIPULATE AS FOLLOWS:

1. On or before June 29, 2005, Lead Plaintiffs will file a Consolidated Class Action Complaint;

2. Defendants shall respond to the Consolidated Class Action Complaint no later than August 29, 2005;

3. If one or more Defendants file motions to dismiss in response to the Consolidated Class Action Complaint, Lead Plaintiffs' opposition shall be filed on or before October 13, 2005;

4. Defendants' reply briefs in support of any motions to dismiss shall be filed on or before November 14, 2005;

///
///
///

2

5.  If one or more Defendants file motions to dismiss in response to the Consolidated Class Action Complaint, the hearing on any motions shall be set by the Court at the Court's convenience.

Dated: June 10, 2005

                    Andrew M. Schatz
                    Jeffrey S. Nobel
                    Justin S. Kudler
                    SCHATZ & NOBEL, P.C.

By:  /S/ JEFFREY S. NOBEL
     Jeffrey S. Nobel
     One Corporate Center
     20 Church Street, Suite 1700
     Hartford, Connecticut  06103
     Tel:  (860) 493-6292
     Fax:  (860) 493-6290

**Lead Counsel for Lead Plaintiffs**

Michael D. Braun
Marc L. Godino
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756

**Liaison Counsel for Lead Plaintiffs**

Reed R. Kathrein
James W. Oliver
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel:  (415) 288-4545
Fax:  (415) 288-4534

-and-

William S. Lerach
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
401 B Street, Suite 1700
San Diego, CA 92101
Tel:  (619) 231-1058
Fax:  (619) 231-7423

**Additional Counsel for Plaintiffs**

3

| | | |
|---|---|---|
| 1 | Dated: June 10, 2005 | Sara B. Brody |
| 2 | | Howard S. Caro |
| | | Michael E. Liftik |
| 3 | | HELLER EHRMAN WHITE & McAULIFFE LLP |
| 4 | By: | /S/ SARA B. BRODY |
| | | 333 Bush Street |
| 5 | | San Francisco, CA 94104 |
| | | Tel:   (415) 772-6000 |
| 6 | | Fax:   (415) 772-6268 |
| 7 | | **Defendants' Counsel** |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. On or before June 29, 2005, Lead Plaintiffs will file a Consolidated Class Action Complaint;

2. Defendants shall respond to the Consolidated Class Action Complaint no later than August 29, 2005;

3. If one or more Defendants file motions to dismiss in response to the Consolidated Class Action Complaint, Lead Plaintiffs' opposition shall be filed on or before October 13, 2005;

4. Defendants' reply briefs in support of any motions to dismiss shall be filed on or before November 14, 2005;

5. If one or more Defendants file motions to dismiss in response to the Consolidated Class Action Complaint, the hearing on any motions shall be set by the Court at the Court's convenience.

Dated: 6/14/05

/S/ RONALD M. WHYTE
THE HONORABLE RONALD M. WHYTE
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On June 10, 2005, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Marc L. Godino, I filed and served the document(s) described as:

**STIPULATION AND [PROPOSED] ORDER ESTABLISHING ADDITIONAL TIME FOR LEAD PLAINTIFFS TO FILE A CONSOLIDATED COMPLAINT**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Andrew M. Schatz, Esq. | aschatz@snlaw.net |
| Jeffrey S. Nobel, Esq. | jnobel@snlaw.net |
| Justin S. Kudler, Esq. | jkudler@snlaw.net |
| Timothy J. Burke, Esq. | service@ssbla.com |
| Patrice L. Bishop, Esq. | service@ssbla.com |
| Robert S. Green, Esq. | cand.uscourts@classcounsel.com |
| Stanley S. Mallison, Esq. | stanm@mwbhl.com<br>e_file_sd@lerachlaw.com<br>e_file_sf@lerachlaw.com |
| Tricia L. McCormick, Esq. | triciam@lerachlaw.com<br>e_file_sd@lerachlaw.com<br>e_file_sf@lerachlaw.com |
| Sean M. Handler, Esq. | shandler@sbclasslaw.com<br>nwortman@sbclasslaw.com |
| Darren J. Check, Esq. | dcheck@sbclasslaw.com |

**Attorneys for Plaintiffs**

| | |
|---|---|
| Sara B. Brody, Esq. | sbrody@hewm.com |

**Attorneys for Defendants**

1 | On June 10, 2005, I served the document(s) described as:

2 | **STIPULATION AND [PROPOSED] ORDER ESTABLISHING ADDITIONAL TIME FOR LEAD PLAINTIFFS TO FILE A CONSOLIDATED COMPLAINT**

3 |

4 | by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Jules Brody, Esq.
Aaron Brody, Esq.
Tzivia Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
**Tel.: (212) 687-7230**
**Fax: (212) 490-2022**

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Tamara Skvirky, Esq.
SCHIFFRIN & BARROWAY
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Tel:    (610) 667-7706**
**Fax:   (610) 667-7056**

Stan S. Mallison, Esq.
LAW OFFICES OF STAN S. MALLISON
1042 Brown Avenue, Suite 1600
Lafayette, CA 94549
**Tel:    (925) 283-3842**
**Fax:   (925) 283-3826**

**Attorneys for Plaintiffs**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

///

///

///

       I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**jcarlos@law.stanford.edu**

       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

       Executed on June 10, 2005, at Los Angeles, California 90025.


                                                 /S/ LEITZA MOLINAR
                                                  Leitza Molinar