WALTER F. BROWN, JR. (Bar No. 130248)
SUSAN D. RESLEY (Bar No. 161808)
DOMINIQUE THOMAS (Bar No. 231464)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel:    (650) 614-7400
Fax:   (650) 614-7401

Attorneys for Defendant
WILLIAM D. BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/6/05*

| | |
|---|---|
| IN RE NETOPIA, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions | CASE NO.: C 04-3364 RMW<br>And Related Cases<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT WILLIAM D. BAKER TO RESPOND TO PLAINTIFF'S CONSOLIDATED AMENDED COMPLAINT |

WHEREAS, on June 29, 2005, Plaintiffs filed their Consolidated Amended Complaint ("CAC") in this matter;

WHEREAS, Plaintiffs and Defendants entered into a briefing schedule such that Defendants' motions to dismiss, motions to strike or other responsive pleadings must be filed and served by August 29, 2005;

WHEREAS, Defendant William D. Baker is now separately represented by Orrick, Herrington & Sutcliffe LLP in this action; and

WHEREAS, because Mr. Baker is now represented by separate counsel in this action, counsel for Mr. Baker has requested a brief extension of time to file a motion to dismiss, motion

1  to strike or other responsive pleading to the CAC, and counsel for Plaintiff has agreed to such
2  extension.
3     THEREFORE, it is hereby STIPULATED AND AGREED that Defendant Baker shall file
4  and serve his motion to dismiss, motion to strike or other responsive pleading to the CAC on or
5  before September 6, 2005.

                                Respectfully submitted,

Dated: August 25, 2005          ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                By    /s/
                                  SUSAN D. RESLEY
                                  Attorneys for Defendant
                                  WILLIAM D. BAKER


Dated: August 25, 2005          BRAUN LAW GROUP, P.C.


                                By    /s/
                                  MICHAEL D. BRAUN
                                  Liaison Counsel for Lead Plaintiffs


Dated: August 25, 2005          SCHATZ & NOBEL, P.C.


                                By    /s/
                                  ANDREW M. SCHATZ
                                  Lead Counsel for Lead Plaintiffs


**IT IS SO ORDERED.**


Dated: 10/6/05                  /S/ RONALD M. WHYTE
                                The Honorable Ronald M. Whyte
                                United States District Judge