Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Liaison Counsel for Lead Plaintiffs**

Andrew M. Schatz *(Admitted Pro Hac Vice)*
Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
Justin S. Kudler *(Admitted Pro Hac Vice)*
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:   (860) 493-6292
Fax:   (860) 493-6290

**Lead Counsel for Lead Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/18/05*

| | |
|---|---|
| IN RE NETOPIA, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions | CASE NO.: C 04-3364 RMW (PVT)<br>And Related Cases<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS FILING A SINGLE OPPOSITION BRIEF OF 40 PAGES CONCERNING ALL OF DEFENDANTS' MOTIONS TO DISMISS |

1     WHEREAS, on August 29, 2005, Defendants Alan B. Lefkof, David A. Kadish, and
2 Netopia, Inc. Filed a Notice of Motion and Motion to Dismiss, or in the Alternative to Strike
3 Allegations From, Plaintiffs' Consolidated Amended Complaint;

4     WHEREAS, on August 29, 2005, Defendant Thomas A. Skoulis filed a Notice of Joinder
5 and Joinder of Defendant Thomas Skoulis to Defendants' Pending Notice of Motion and Motion to
6 Dismiss and/or in the Alternative to Strike Allegations from Plaintiffs' Consolidated Amended
7 Complaint;

8     WHEREAS, on September 6, 2005, Defendant William D. Baker filed a Notice of Joinder
9 and Joinder to Defendants' Notice of Motion and Motion to Dismiss, or in the Alternative to Strike
10 Allegations from, Plaintiffs' Consolidated Amended Complaint, and a Notice of Motion and Motion
11 to Dismiss Allegations from Plaintiffs' Consolidated Amended Complaint and, Memorandum of
12 Points and Authorities in Support Thereof;

13     WHEREAS, Lead Plaintiffs' Oppositions to the Motions to Dismiss are presently due
14 October 13, 2005;

15     WHEREAS, Lead Plaintiffs have requested and Defendants have agreed that, in order to
16 preserve judicial resources and to avoid making duplicative arguments in multiple briefs, Lead
17 Plaintiffs shall file a single Brief in Opposition to All of the Motions to Dismiss, that is 40 pages in
18 length;

26 ///
27 ///
28 ///

|    |    |    |
|----|----|----|
| 1  | THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to the Order of the Court, that Lead Plaintiffs James P. Levy and David M. Simon may file a single Memorandum of Points and Authorities in Opposition to All Defendants' Motions to Dismiss and/or Strike, that is 40 pages in length. | |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to the Order of the Court, that Lead Plaintiffs James P. Levy and David M. Simon may file a single Memorandum of Points and Authorities in Opposition to All Defendants' Motions to Dismiss and/or Strike, that is 40 pages in length.

IT IS SO STIPULATED.

Dated: October 12, 2005

Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
SCHATZ & NOBEL, P.C.

By:   /S/ JEFFREY S. NOBEL
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:   (860) 493-6292
Fax:   (860) 493-6290

**Lead Counsel for Lead Plaintiffs**

Michael D. Braun
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Liaison Counsel for Lead Plaintiffs**

Dated: October 12, 2005

Sara B. Brody
Michael E. Liftik
HELLER EHRMAN LLP

By:   /S/ SARA B. BRODY
Sara B. Brody
333 Bush Street
San Francisco, CA 94104
Tel:   (415) 772-6000
Fax:   (415) 772-6268

**Counsel for Defendants Netopia, Inc., Alan B. Lefkof, and David A. Kadish**

| | | |
|---|---|---|
| Dated: October 12, 2005 | | Susan D. Resley<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | /S/ SUSAN D. RESLEY<br>Susan D. Resley<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Tel:  (650) 614-7400<br>Fax:  (650) 614-7401 |
| | | **Counsel for Defendant William D. Baker** |
| Dated: October 12, 2005 | | Anthony Pacheco<br>PROSKAUER ROSE LLP |
| | By: | /S/ ANTHONY PACHECO<br>Anthony Pacheco<br>2049 Century Park East, 32nd Floor<br>Los Angeles, California 90067-3206<br>Tel:  (310) 557-2900<br>Fax:  (310) 557-2193 |
| | | **Counsel for Defendant Thomas A. Skoulis** |

### ORDER

IT IS HEREBY ORDERED that Lead Plaintiffs James P. Levy and David M. Simon may file a single Memorandum of Points and Authorities in Opposition to All Defendants' Motions to Dismiss and/or Strike, that is 40 pages in length.

IT IS SO ORDERED:

DATED: 10/18, 2005

/S/ RONALD M. WHYTE
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE