SARA B. BRODY (Bar No. 130222)
HOWARD S. CARO (Bar No. 202082)
MICHAEL E. LIFTIK (Bar No. 232430)
MADELEINE LOH (Bar No. 233388)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Defendants
NETOPIA, INC., ALAN B. LEFKOF,
and DAVID A. KADISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/16/05*

| | |
|---|---|
| IN RE NETOPIA, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to:  All Actions<br>_____ | Case No.: C 04-3364 RMW<br>And Related Cases<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS TIME TO REPLY TO OPPOSITION TO MOTION TO DISMISS AND LENGTH OF BRIEF** |

1  WHEREAS, on August 29, 2005, Defendants Alan B. Lefkof, David A. Kadish, and
2  Netopia, Inc. Filed a Notice of Motion and Motion to Dismiss, or in the Alternative to Strike
3  Allegations From, Plaintiffs' Consolidated Amended Complaint;

4  WHEREAS, on August 29, 2005, Defendant Thomas A. Skoulis filed a Notice of Joinder
5  and Joinder of Defendant Thomas Skoulis to Defendants' Pending Notice of Motion and Motion to
6  Dismiss and/or in the Alternative to Strike Allegations from Plaintiffs' Consolidated Amended
7  Complaint;

8  WHEREAS, on September 6, 2005, Defendant William D. Baker filed a Notice of Joinder
9  and Joinder to Defendants' Notice of Motion and Motion to Dismiss, or in the Alternative to Strike
10  Allegations from, Plaintiffs' Consolidated Amended Complaint, and a Notice of Motion and
11  Motion to Dismiss Allegations from Plaintiffs' Consolidated Amended Complaint and,
12  Memorandum of Points and Authorities in Support Thereof;

13  WHEREAS, Lead Plaintiffs filed an Opposition to the above-referenced Motions to Dismiss
14  of Defendants Netopia, Lefkof, Kadish, Skoulis and Baker on October 13, 2005;

15  WHEREAS, pursuant to prior stipulation, Defendants' Replies to Lead Plaintiffs'
16  Opposition to the Motions to Dismiss are presently due on November 14, 2005;

17  WHEREAS, a hearing for the Motions to Dismiss is scheduled before this Court on
18  December 9, 2005.

19  WHEREAS, Defendants have requested, and Lead Plaintiffs have agreed that, in order to
20  accommodate the schedules of Defendants' counsel, Defendants' Replies to Lead Plaintiffs'
21  Opposition to the Motions to Dismiss shall be due November 18, 2005, which date complies with
22  Local Rule 7-3(c);

23  WHEREAS, Defendants have requested, and Lead Plaintiffs have agreed, that in order to
24  preserve judicial resources and to avoid making duplicative arguments in multiple briefs,
25  Defendants Netopia, Inc., Alan Lefkof and David Kadish may file a consolidated Reply in Further
26  Support of their Motions do Dismiss that will not exceed 20 pages in length;

27  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties,
28  subject to the Order of the Court, that Defendants' Replies to Lead Plaintiffs' Opposition to the
Motions to Dismiss shall be filed on or before November 18, 2005, and that Defendants Netopia,

1

STIPULATION AND ORDER REGARDING DEFENDANTS' TIME TO REPLY TO OPPOSITION
TO MOTION TO DISMISS AND LENGTH OF BRIEF – C-04-3364 (RMW)

Inc., Alan Lefkof, and David Kadish may file a single Reply Brief to Lead Plaintiffs' Opposition to the Motions to Dismiss not to exceed 20 pages in length.

IT IS SO STIPULATED.

Dated:  November 10, 2005         By: /s/ (with express authorization)      .
                                  SCHATZ & NOBEL, P.C.
                                  ANDREW M. SCHATZ
                                  JEFFREY S. NOBEL
                                  JUSTIN S. KUDLER
                                  One Corporate Center
                                  20 Church Street, Suite 1700
                                  Hartford, Connecticut 06103
                                  (860) 493-6292

                                  Lead Counsel for Lead Plaintiffs


Dated: November 10, 2005          By:    /s/_____
                                  HELLER EHRMAN LLP
                                  SARA B. BRODY
                                  HOWARD S. CARO
                                  MICHAEL E. LIFTIK
                                  333 Bush Street
                                  San Francisco, CA 94104
                                  (415) 772-6000

                                  Counsel for Defendants Netopia, Inc.,
                                  Alan B. Lefkof, and David A. Kadish


Dated: November 10, 2005          By: /s/ (with express authorization)      .
                                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                  SUSAN D. RESLEY
                                  1000 Marsh Road
                                  Menlo Park, California 94025
                                  (650) 614-7400

                                  Counsel for Defendant William D. Baker


Dated: November 10, 2005          By: /s/ (with express authorization)      .
                                  PROSKAUER ROSE LLP
                                  ANTHONY PACHECO
                                  2049 Century Park East, 32nd Floor
                                  Los Angeles, California 90067-3206
                                  (310) 557-2900

                                  Counsel for Defendant Thomas A. Skoulis

## ORDER

IT IS HEREBY ORDERED that Defendants' Replies to Lead Plaintiffs' Opposition to the Motions to Dismiss shall be filed on or before November 18, 2005, and that Defendants Netopia, Inc., Alan Lefkof, and David Kadish may file a single Reply Brief to Lead Plaintiffs' Opposition to the Motions to Dismiss not to exceed 20 pages in length.

**IT IS SO ORDERED**:

DATED: __11/16__, 2005

/S/ RONALD M. WHYTE
_____
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE