

Anthony Pacheco (SBN 128277)
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
(310) 557-2900

**RECEIVED** JAN 18 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**FILED** JAN 19 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN  **DISTRICT OF CALIFORNIA**

In re NETOPIA, INC. SECURITIES LITIGATION

CASE NUMBER:  **C-04-03364-RMW**

Plaintiff(s)

v.

This Document Relates to: ALL ACTIONS.

**SUBSTITUTION OF ATTORNEY**

Defendant(s)

Thomas Skoulis
*Name of Party*

☐ Plaintiff  ☒ Defendant  ☐ Other

hereby substitutes  Richard Marmaro and Skadden, Arps, Slate, Meagher & Flom LLP  who is

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  300 S. Grand Avenue, 34th Floor
*Street Address*

Los Angeles, CA  90071           213.687.5480      213.621.5480        91387
*City, State, Zip Code*                *Telephone Number*      *Facsimile Number*        *State Bar Number*

as attorney of record in the place and stead of  Anthony Pacheco of Proskauer Rose LLP
*Present Attorney*

Dated: January 9, 2006

*Signature of Party*

Thomas Skoulis

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January 13, 2006

*Signature of Present Attorney*

Anthony Pacheco

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: January 17, 2006

*Signature of New Attorney*

---

Substitution of Attorney is hereby ☒ Approved.  ☐ Denied.

Dated: 1/19/06

Ronald M. Whyte
**United States District Judge / ~~Magistrate Judge~~**

---

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                    G01

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, CA  90071-3144.

On January 18, 2006, I served the foregoing document(s) described as

SUBSTITUTION OF ATTORNEY

on the interested parties in this action by placing true copies thereon in sealed envleopes as follows:

SEE ATTACHED LIST

☐     (BY Fax) I am readily familiar with the firm's practice of facsimile transmission; on this date at about 3 p.m. to the attached list the document(s) was transmitted by facsimile transmission and that the transmission was reported as complete and without error and that the transmission report was properly issued by the transmitting facsimile machine.

☒     (BY MAIL) I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☐     (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Los Angeles, California and placed for collection and delivery following ordinary business practices.

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided- by the Securities Class Action Clearinghouse.

**christi@law.stanford.edu**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed January 18, 2006 at Los Angeles, California.

_____Lisa G. Johnston_____
PRINT NAME

_Lisa G. Johnston_
SIGNATURE

---

**PROOF OF SERVICE**                     CASE NO. C-04-3364-RMW

1

## SERVICE LIST
*In re Netopia, Inc. Sec. Litig.*, No. C04-3364 RMW

2

3    Andrew M. Schatz, Esq.                      Marc A. Topaz, Esq.
     Jeffrey S. Nobel, Esq.                      Richard A. Maniskas, Esq.
4    Justin S. Kudler, Esq.                      Tamara Skvirsky, Esq.
     SCHATZ & NOBEL, P.C.                        Darren J. Check, Esq.
5    One Corporate Center                        Sean M. Handler, Esq.
     20 Church Street                            Robin Winchester, Esq.
6    Suite 1700                                  SCHIFFRIN & BARROWAY, LLP
     Hartford, CT  06103                         Three Bala Plaza East
7    Tel:    (860) 493-6292                      Suite 400
     Fax:    (860) 493-6290                      Bala Cynwyd, PA 19004
8                                                Tel:    (610) 667-7706
9    Timothy J. Burke, Esq.                      Fax:    (610) 667-7056
     STULL, STULL & BRODY
10   10940 Wilshire Blvd., Suite 2300            William S. Lerach, Esq.
     Los Angeles, CA  90024                      Darren J. Robbins, Esq.
11   Tel:    (310) 209-2468                      Tricia McCormick, Esq.
     Fax:    (310) 209-2087                      LERACH COUGHLIN STOIA GELLER
12                                               RUDMAN & ROBBINS LLP
13   Jules Brody, Esq.                           655 West Broadway, Suite 1900
     Aaron Brody, Esq.                           San Diego, CA 92101
14   Tzivia Brody, Esq.                          Tel:    (619) 231-1058
     STULL, STULL & BRODY                        Fax:    (619) 231-7423
15   6 East 45th Street
16   New York, NY  10017                         Patrick J. Coughlin, Esq.
     Tel:    (212) 687-7230                      LERACH COUGHLIN STOIA GELLER
17   Fax:    (212) 490-2022                      RUDMAN & ROBBINS LLP
                                                 100 Pine Street
18   Robert S. Green, Esq.                       Suite 2600
     GREEN & JIGARJIAN                           San Francisco, CA  94111
19   235 Pine Street, Suite 1500                 Tel:    (415) 288-4545
     San Francisco, CA  94104                    Fax:    (415) 288-4534
20   Tel:    (415) 477-6700
21   Fax:    (415) 477-6710                      Stanley S. Mallison, Esq.
                                                 LAW OFFICES OF MALLISON &
22   Michael D. Braun, Esq.                      MARTINEZ
     Marc L. Godino, Esq.                        1042 Brown Ave., Suite A
23   BRAUN LAW GROUP, P.C.                       Lafayette, CA  94549
     12400 Wilshire Blvd.                        Tel:    (925) 283-3842
24   Suite 920                                   Fax:    (925) 283-3426
25   Los Angeles, CA  90025
     Tel:    (310) 442-7755                      **Attorneys for Plaintiff**
26   Fax:    (310) 442-7756

27

28

1   Anthony Pacheco, Esq.
    Jamaar Boyd, Esq.
2   PROSKAUER ROSE LLP
    2049 Century Park East
3   Suite 3200
    Los Angeles, CA  90067
4   Tel: (310) 557-2900
5   Fax:(310) 557-2193

6   Michael E. Liftik, Esq.
    Sara B. Brody, Esq.
7   Howard S. Caro, Esq.
8   HELLER EHRMAN WHITE &
    MCAULIFFE LLP
9   333 Bush Street
    San Francisco, CA  94104-2878
10  Tel: (415) 772-6000
11  Fax:(415) 772-6268

12  Susan D. Resley, Esq.
    ORRICK, HERRINGTON &
13  SUTCLIFFE LLP
    1000 Marsh Road
14  Menlo Park, CA  94025
15  Tel: (650) 614-7400
    Fax:(650) 614-7401
16
    Walter F. Brown, Jr., Esq.
17  ORRICK, HERRINGTON &
    SUTCLIFFE LLP
18  405 Howard Street
19  San Francisco, CA 94105
    Tel: (415) 773-5700
20  Fax:(415) 773-5759

21  **Attorneys for Defendants**

22

23

24

25

26

27

28

---

**PROOF OF SERVICE**                    CASE NO. C-04-3364-RMW