**E-FILED on**   6/19/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NETOPIA, INC.,<br>SECURITIES LITIGATION<br><br>This Order Relates to:<br><br>All Actions | C-04-03364 RMW<br>And Related Cases<br><br>ORDER REGARDING PLAINTIFFS'<br>MOTION FOR CLASS CERTIFICATION<br><br>**[Re Docket Nos. 130, 135-38]** |

The court adopted its tentative ruling which stated, "Defendants challenge only the predominance of common questions under Rule 23(b)(3). Their challenge seems to go more to the merits of claims based on the ICC and Swisscom transactions than whether there are common questions in the claims of all class members, and, given that the relevant Swisscom disclosures came in the middle of disclosures related to ICC, it does not seem appropriate or practical to attempt to define subclasses based on each transaction. There is no evidence that any particular potential class members are situated such that subdivision of the class would be appropriate. Class certification appears appropriate."

DATED:     6/19/06

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION—C-04-03364 RMW And Related Cases
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Michael David Braun | service@braunlawgroup.com |
| Andrew M. Schatz | aschatz@snlaw.net |
| Jeffrey S. Nobel | firm@snlaw.net |
| Tricia Lynn McCormick | triciam@lerachlaw.com |
| Stanley S. Mallison | stanm@mallisonlaw.com |
| Robert S. Green | RSG@CLASSCOUNSEL.COM |
| Patrick J. Coughlin | patc@mwbhl.com |
| Darren J. Robbins | e_file_sd@lerachlaw.com |
| William S. Lerach | billl@lerachlaw.com |
| Marc A. Topaz | |
| Richard A. Maniskas | |
| Tamara Skvirsky | |
| Timothy J. Burke | service@ssbla.com |
| Aaron L. Brody | |
| Jules Brody | |
| Tzivia Brody | |

**Counsel for Defendants:**

| | |
|---|---|
| Howard S. Caro | hcaro@hewm.com |
| Michael Ethan Liftik | michael.liftik@hellerehrman.com |
| Sara B. Brody | sbrody@hewm.com |
| Susan D. Resley | sresley@orrick.com |
| Walter F. Brown | wbrown@orrick.com |
| Jamaar M. Boyd | jboyd@proskauer.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/19/06

/s/ JH
**Chambers of Judge Whyte**