**E-FILED on** 6/21/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re NETOPIA, INC., SECURITIES LITIGATION | C-04-03364 RMW<br>And Related Cases |
|---|---|
| This Order Relates to:<br><br>All Actions | ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>**[Re Docket Nos. 130, 135-38]** |

The court granted lead plaintiffs James Levy and David Simon's motion for class certification in this action. The class consists of all persons who purchased the common stock of Netopia from November 6, 2003 through August 16, 2004, excluding members of defendants' immediate families, any entity in which any defendant has a controlling interest, and the legal representatives, heirs, successors, or assigns of any such excluded persons. Lead plaintiffs shall serve as class representatives, Andrew Schatz and Jeffrey Nobel shall serve as lead counsel for the class, and Michael Braun shall serve as liaison counsel for the class.

DATED: 6/21/06

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION—C-04-03364 RMW And Related Cases
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Michael David Braun | service@braunlawgroup.com |
| Andrew M. Schatz | aschatz@snlaw.net |
| Jeffrey S. Nobel | firm@snlaw.net |
| Tricia Lynn McCormick | triciam@lerachlaw.com |
| Stanley S. Mallison | stanm@mallisonlaw.com |
| Robert S. Green | RSG@CLASSCOUNSEL.COM |
| Patrick J. Coughlin | patc@mwbhl.com |
| Darren J. Robbins | e_file_sd@lerachlaw.com |
| William S. Lerach | billl@lerachlaw.com |
| Marc A. Topaz | |
| Richard A. Maniskas | |
| Tamara Skvirsky | |
| Timothy J. Burke | service@ssbla.com |
| Aaron L. Brody | |
| Jules Brody | |
| Tzivia Brody | |

**Counsel for Defendants:**

| | |
|---|---|
| Howard S. Caro | hcaro@hewm.com |
| Michael Ethan Liftik | michael.liftik@hellerehrman.com |
| Sara B. Brody | sbrody@hewm.com |
| Susan D. Resley | sresley@orrick.com |
| Walter F. Brown | wbrown@orrick.com |
| Jamaar M. Boyd | jboyd@proskauer.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/21/06                                         /s/ JH
                                                             **Chambers of Judge Whyte**