Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756

**Liaison Counsel for Lead Plaintiffs**

Andrew M. Schatz *(Admitted Pro Hac Vice)*
Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
Seth R. Klein *(Admitted Pro Hac Vice)*
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:   (860) 493-6292
Fax:   (860) 493-6290

**Lead Counsel for Lead Plaintiffs**

[Additional counsel appear on signature page]

Filed
JUN - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NETOPIA, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions | CASE NO.: C 04-3364 RMW (PVT)<br>And Related Cases<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)<br><br>DATE:   June 8, 2007<br>TIME:   9:00 a.m.<br>CTRM:   6 |

1  This matter having come before the Court on June 8, 2007, on the Application for an Award
2  to Plaintiffs James P. Levy and David M. Simon ("Plaintiffs") pursuant to 15 U.S.C. §78u-4(a)(4),
3  and the Court, having considered all papers filed and proceedings conducted herein, having found
4  the settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully
5  informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to 15 U.S.C. §78u-4(a)(4), each of the Plaintiffs are awarded $10,000, to be paid from the Settlement Fund.

IT IS SO ORDERED.

DATED: 6/8/07

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Jeffrey S. Nobel (*Admitted Pro Hac Vice*)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:   (860) 493-6292
Fax:   (860) 493-6290

**Lead Counsel for Plaintiffs**

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | )ss.: |
| COUNTY OF LOS ANGELES | ) |

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On June 1, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**[PROPOSED] AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Andrew M. Schatz, Esq. | aschatz@snlaw.net |
| Jeffrey S. Nobel, Esq. | jnobel@snlaw.net |
| Patrice L. Bishop, Esq. | service@ssbla.com |
| Timothy J. Burke, Esq. | service@ssbla.com |
| Howard S. Caro, Esq. | hcaro@hewm.com<br>yanad.burrellcarter@hellerehrman.com |
| Darren J. Check, Esq. | dcheck@sbclasslaw.com |
| Patrick J. Coughlin, Esq. | patc@mwbhl.com<br>e_file_sd@lerachlaw.com<br>e_file-sf@lerachlaw.com |
| Robert S. Green, Esq. | cand.uscourts@classcounsel.com |
| Sean M. Handler, Esq. | shandler@sbclasslaw.com<br>nwortman@sbclasslaw.com |
| William S. Lerach, Esq. | bill@lerachlaw.com |
| Stanley S. Mallison, Esq. | stanm@mwbhl.com<br>e_file_sd@lerachlaw.com<br>e_file_sf@lerachlaw.com |
| Tricia L. McCormick, Esq. | triciam@lerachlaw.com<br>e_file_sd@lerachlaw.com<br>e_file_sf@lerachlaw.com |

**Attorneys for Plaintiffs**

| | |
|---|---|
| Sara B. Brody, Esq. | sbrody@hewm.com |

| | |
|---|---|
| 1  Susan D. Resley, Esq. | sresley@orrick.com |
| 2  Richard Marmaro, Esq. | rmarmaro@skadden.com |
| 3  Robert J. Herrington, Esq. | rherring@skadden.com |

**Attorneys for Defendants**

On June 1, 2007, I served the document(s) described as:

**[PROPOSED] AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Jules Brody, Esq.
Aaron Brody, Esq.
Tzivia Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel.: (212) 687-7230
Fax: (212) 490-2022

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Tamara Skvirky, Esq.
SCHIFFRIN & BARROWAY
280 King of Prussia
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056

Jeffrey D. Light, Esq.
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel:   (619) 231-1058
Fax:   (619) 231-7423

**Attorneys for Plaintiffs**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

3

[PROPOSED] AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)
CASE NO.: C 04-3364 RMW (PVT)

1  scac@law.stanford.edu

2  I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3
4  I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

5  Executed on June 1, 2007, at Los Angeles, California 90025.

          /S/ LEITZA MOLINAR
          Leitza Molinar

4

[PROPOSED] AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)
CASE NO.: C 04-3364 RMW (PVT)