1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:   (310) 442-7755
   Fax:   (310) 442-7756
4
   **Liaison Counsel for Lead Plaintiffs**
5
   Andrew M. Schatz *(Admitted Pro Hac Vice)*
6  Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
   Seth R. Klein *(Admitted Pro Hac Vice)*
7  SCHATZ & NOBEL, P.C.
   One Corporate Center
8  20 Church Street, Suite 1700
   Hartford, Connecticut 06103
9  Tel:   (860) 493-6292
   Fax:   (860) 493-6290
10
   **Lead Counsel for Lead Plaintiffs**
11
   [Additional counsel appear on
12 signature page]

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18 | IN RE NETOPIA, INC. SECURITIES ) | CASE NO.: C 04-3364 RMW (PVT)
   | LITIGATION                    ) | And Related Cases
19 |                               ) |
   | _____  ) | **CLASS ACTION**
20 |                               ) |
   | This Document Relates to:     ) | [PROPOSED] ORDER AWARDING
21 |                               ) | ATTORNEYS FEES AND
   |         All Actions           ) | REIMBURSEMENT OF EXPENSES
22 |                               ) |
   | _____  ) | DATE:   June 8, 2007
23                                    TIME:   9:00 a.m.
                                      CTRM:   6
24

25

26

27

28

[PROPOSED] ORDER AWARDING ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES
CASE NO.: C 04-3364 RMW (PVT)

1  This matter having come before the Court on June 8, 2007, on the Application of Lead
2  Counsel for Plaintiffs for an award of attorneys' fees, costs and expenses incurred in the above-
3  captioned litigation, the Court, having considered all papers filed and proceedings conducted herein,
4  having found the settlement of this litigation to be fair, reasonable, and adequate, and otherwise
5  being fully informed in the premises and good cause appearing therefore;
6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7  1.  The Court hereby awards Counsel for Lead Plaintiffs attorneys fees of _25_ % of the net
8  Settlement Fund, plus reimbursement of costs and expenses in the amount of $ _310,926.93_ together
9  with the interest earned thereon for the same period and at the same rate as that earned on the
10 Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and is
11 fair and reasonable under the "percentage-of-recovery" method.
12 2.  The awarded fees, costs and expenses shall be allocated among plaintiffs' counsel by
13 Lead Counsel Schatz Nobel Izard, P.C. in a manner which reflects each such counsel's contribution
14 to the institution, prosecution and resolution of the above-captioned litigation.

IT IS SO ORDERED.

DATED: _6/8/07_

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:   (860) 493-6292
Fax:   (860) 493-6290

**Lead Counsel for Plaintiffs**

1

[PROPOSED] ORDER AWARDING ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES
CASE NO.: C 04-3364 RMW (PVT)

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On June 1, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**[PROPOSED] ORDER AWARDING ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Andrew M. Schatz, Esq. | aschatz@snlaw.net |
| Jeffrey S. Nobel, Esq. | jnobel@snlaw.net |
| Patrice L. Bishop, Esq. | service@ssbla.com |
| Timothy J. Burke, Esq. | service@ssbla.com |
| Howard S. Caro, Esq. | hcaro@hewm.com<br>yanad.burrellcarter@hellerehrman.com |
| Darren J. Check, Esq. | dcheck@sbclasslaw.com |
| Patrick J. Coughlin, Esq. | patc@mwbhl.com<br>e_file_sd@lerachlaw.com<br>e_file-sf@lerachlaw.com |
| Robert S. Green, Esq. | cand.uscourts@classcounsel.com |
| Sean M. Handler, Esq. | shandler@sbclasslaw.com<br>nwortman@sbclasslaw.com |
| William S. Lerach, Esq. | bill@lerachlaw.com |
| Stanley S. Mallison, Esq. | stanm@mwbhl.com<br>e_file_sd@lerachlaw.com<br>e_file_sf@lerachlaw.com |
| Tricia L. McCormick, Esq. | triciam@lerachlaw.com<br>e_file_sd@lerachlaw.com<br>e_file_sf@lerachlaw.com |

**Attorneys for Plaintiffs**

| | |
|---|---|
| Sara B. Brody, Esq. | sbrody@hewm.com |

| | | |
|---|---|---|
| 1 | Susan D. Resley, Esq. | sresley@orrick.com |
| 2 | Richard Marmaro, Esq. | rmarmaro@skadden.com |
| 3 | Robert J. Herrington, Esq. | rherring@skadden.com |

**Attorneys for Defendants**

On June 1, 2007, I served the document(s) described as:

**[PROPOSED] ORDER AWARDING ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Jules Brody, Esq.
Aaron Brody, Esq.
Tzivia Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
**Tel.: (212) 687-7230**
**Fax: (212) 490-2022**

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Tamara Skvirky, Esq.
SCHIFFRIN & BARROWAY
280 King of Prussia
Radnor, PA 19087
**Tel:   (610) 667-7706**
**Fax:   (610) 667-7056**

Jeffrey D. Light, Esq.
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
**Tel:   (619) 231-1058**
**Fax:   (619) 231-7423**

**Attorneys for Plaintiffs**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

3

[PROPOSED] ORDER AWARDING ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES
CASE NO.: C 04-3364 RMW (PVT)

<u>scac@law.stanford.edu</u>

I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 1, 2007, at Los Angeles, California 90025.

<u>/S/ LEITZA MOLINAR</u>
Leitza Molinar