IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NETOPIA, INC. SECURITIES LITIGATION | ***E-FILED - 10/12/07*** <br><br> CASE NO.: C-04-03364-RMW |
| ———————————————— | |
| PETER FRANKL, et al. <br><br> Plaintiff, <br><br> -v- <br><br> NETOPIA, INC., et al., <br><br> Defendants. | CASE NO.: MC-07-80195-MHP <br><br> **ORDER RE: RELATING CASES** |

The court has reviewed the motion and determined that the cases are not related in that nothing about my handling of C-04-03364-RMW would make assignment to me of MC-07-80195-MHP a more efficient means of resolving or disposing of MC-07-80195-MHP. No reassignments shall occur.

DATED: October 12, 2007

_____
RONALD M. WHYTE
U.S. DISTRICT JUDGE

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28